UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jorge Alberto Mejia Zamora,<br><br>    *Petitioner,*<br><br>   v.<br><br>JOSEPH D. McDONALD, Jr., Sheriff, Plymouth County Correctional Facility; PATRICIA H. HYDE, Acting Field Office Director, Boston Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAMELA JO BONDI, United States Attorney General, *in their official capacities*,<br><br>    *Respondents.* | Civil Action No.:<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

## PETITION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2241

## I.  INTRODUCTION

Petitioner, Jorge Alberto Mejia Zamora, ("Mr. Mejia") a 42-year-old native and citizen of El Salvador residing in Massachusetts since 2002, respectfully petitions this Court for a writ of habeas corpus on the ground that he is being detained and will likely be transferred to a distant detention center in Texas in violation of federal law and the Due Process Clause of the Fifth Amendment. Mr. Mejia's detention is based on an unwarranted and unreasonable interpretation of 8 U.S.C. §1226.  The Immigration and Customs Enforcement Division of the Department of Homeland Security ("ICE") is holding Mr. Mejia in an unlawful, unreasonably prolonged or indefinite detention because it has detained Mr. Mejia without bond after he was arrested in Everett, Massachusetts by ICE agents while on his way to work as a demolition crew person, a very difficult job he has been doing for at least the last eight or nine years in order to support himself, his wife and his four U.S. citizen children.  On May 13, 2025, he and three other coworkers were stopped by unmarked ICE vehicles and he was detained at the ICE offices in Burlington, Massachusetts for one day before he was eventually transferred to the Plymouth County Correctional Facility. Mr. Mejia has been in ICE detention since May 13, 2025 at that location but when undersigned counsel filed a motion for bond redetermination, it was revealed that the location for his removal proceedings is listed as Laredo, Texas.  Mr. Mejia has no connection to Texas and his entire time in the United States has been spent in Massachusetts where his family and community are also located.  Based on his geographical location, the removal proceedings should take place in the Chelmsford Immigration Court to determine whether or not he is removable.  Counsel for Mr. Mejia will continue to endeavor to obtain additional documents related to his removal proceedings including the Notice to Appear.

Mr. Mejia has been told that he will see an immigration judge sometime in June 2025 but, based on the well-known pattern of practice, he fears being transferred to a remote location where his access to counsel, family and supporting community will be severely curtailed.

## II.     JURISDICTION AND VENUE

1. This action arises under the Due Process Clauses of the Fifth Amendment to the United States Constitution and the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*

2. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 2241 (habeas corpus), 28 U.S.C. § 1331 (federal question), 5 U.S.C. § 702 (waiver of sovereign immunity), 28 U.S.C. § 1346 (original jurisdiction), and Article I, Section 9, clause 2 of the United States Constitution (the Suspension Clause).

3. Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. § 2241(d) and pursuant to 28 U.S.C. § 1391(b) and (e).

## III.     PARTIES

4. Petitioner-Plaintiff, Jorge Alberto Mejia Zamora, is a native and citizen of El Salvador who is currently detained by ICE at the Plymouth County Correctional Facility. He is 42 years-old. He is also married to Yolanda Lemus, who is also domiciled in Massachusetts. Prior to his detention by ICE, Mr. Mejia was a demolition crew man.

5. Respondent-Defendant Joseph D. McDonald is the Plymouth County Sheriff and is in charge of overseeing the administration and management of the Plymouth County Correctional Facility, where Mr. Mejia is detained. Defendant McDonald is the legal custodian of Plaintiff. He is sued in his official capacity.

6. Respondent-Defendant Patricia H. Hyde is the ICE Boston Field Office Acting Director. The Boston Field Office is responsible for carrying out ICE's immigration detention operations at all of New England detention centers that house immigration detainees, including Plymouth County Correctional Facility. Defendant Hyde is a legal custodian of plaintiff. He is sued in his official capacity.

7. Respondent-Defendant Kristi Noem is the Secretary of the Department of Homeland Security performing the Duties of the Director of DHS. Defendant Noem is responsible for ICE's policies, practices, and procedures, including those relating to the detention of immigrants. Defendant Noem is a legal custodian of Plaintiff. She is sued in her official capacity.

8. Respondent-Defendant Todd M. Lyons is the Acting Director, United States Immigration and Customs Enforcement. Defendant Lyons is a legal custodian of Plaintiff. He is being sued in his official capacity.

## IV.   FACTS

9. Mr. Mejia has been a resident of Massachusetts since October 2022. He does not have legal status but is eligible for relief from deportation in the form of cancellation of removal based on the fact that he has four U.S. citizen children.

10. As stated above, Mr. Mejia is married to Yolanda Lemus. They have four children together who are all United States citizens.

11. Before Mr. Mejia came into ICE detention, he was a dedicated family man who works very hard to support his family. He has no criminal history whatsoever.

12. After Mr. Mejia has been issued a Notice to Appear but counsel has not been able to see it yet.

13. Since coming into ICE custody on May 13, 2025, Mr. Mejia has been denied release by ICE and was transferred to Plymouth County Correctional Facility. While preparing this habeas petition, he called undersigned counsel and informed me that he was told by an ICE agent a few minutes ago to gather his belongings because he was being moved. He was not told where he was being moved. His continued detention and move is not only clearly erroneous and unreasonable but also unconstitutional.

14. At a minimum, Mr. Mejia seeks a writ of habeas corpus and release from custody under bond. He claims that persons such as himself—who are not subject to mandatory detention because they have no criminal convictions at all—are neither a danger to the community nor a flight risk, and are being unreasonably held by ICE and must be released under bond or on an order of supervision. Mr. Mejia further claims that detention and move to a remote location by ICE, is both unreasonable and unconstitutional, contrary to and in violation of 8 U.S.C. §1226 and the Administrative Procedures Act.

## V.   EXHAUSTION

15. No prior writ of habeas corpus has been made by Mr. Mejia.
16. No court has previously addressed the merits of Mr. Mejia's case.
17. Mr. Mejia contends that he is highly likely to be successful in his removal proceedings before the Immigration Judge or U.S. Citizenship and Immigration Services.

## VI.   PRAYER FOR RELIEF

18. WHEREFORE, Petitioner requests this Honorable court:
    a)  order his immediate release, or set a bond hearing under the proper standard as soon as practicable; or in the alternative;

    b)    issue an order directed to the Respondents to show cause why the Petitioner should not be released from custody;

    c)    grant Petitioner reasonable attorney's fees; and

    d)    grant Petitioner such other and further relief as the Court determines appropriate.

## VII.  VERIFICATION

19.  I, Carlos E. Estrada, hereby declare that the allegations in the attached Petition/Complaint are true and accurate to the best of my knowledge and belief.

Dated: May 16, 2025

        Respectfully submitted,

        /s/ Carlos E. Estrada
        Estrada Law Office
        480 William F. McClellan Hwy.
        Suite 203C
        East Boston, MA 02128
        617-742-3030

## CERTIFICATE OF SERVICE

I, Carlos E. Estrada, hereby swear that on May 16, 2025, I served by certified mail, return receipt requested, postage prepaid, a copy of this Petition for Writ of Habeas Corpus to:

>Joseph D. McDonald, Jr., Sheriff
>Plymouth County Correctional Facility
>24 Long Pond Road
>Plymouth, MA 02360
>
>Kristi Noem, Secretary of Homeland Security
>Office of the U.S. Attorney/Boston District
>One Courthouse Way
>Boston, MA 02210
>
>Patricia H. Hyde, Acting Field Administrator
>DHS Office of Enforcement and Removal
>10 New England Executive Park
>Burlington, MA 01803

  /s/ Carlos E. Estrada
Estrada Law Office
480 William F. McClellan Hwy.
Suite 203C
East Boston, MA 02128
617-742-3030